UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-00258-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KELVIN ANDREW EVANS | ) | |

Before the Court is the defendant's motion to file Docket Entry 73 under seal pursuant to Local Criminal Rule 55.2.

For good cause shown, the motion is ALLOWED and Docket Entry 73 shall be filed under seal.

SO ORDERED.

This 24 day of Jan, 2021.

Terrence W. Boyle
United States District Judge